FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 28 PM 4:22

DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| LOUIS M. CENDAGORTA, | 09-23639 WTT |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | $3.28 |
| RC Willey Financial Services<br>PO Box 65320<br>Salt Lake City, UT 84165-0320 | $0.88 |
| PRA Receivables Management, LLC agent for FIA Card Svcs<br>fka Bank of America<br>PO Box 12907<br>Norfolk, VA 23541 | $1.54 |
| PRA Receivables Management, LLC agent of Portfolio Recovery<br>Successor in interest to GE Money Bank - Lowes<br>PO Box 12914<br>Norfolk, VA 23541 | $1.64 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $7.34 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 28th day of December, 2010.

Duane H. Gillman, Trustee

SLC_755365.1